UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CALDWELL and JEANNE MATTHEWS and AMANDA HATFIELD and JESSICA NICOLE DECOURSEY, themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDIC NATURALS, INC.<br><br>Defendant. | CASE NO.: 3:23-cv-02818-EMC<br><br>**STIPULATION OF DISMISSAL** |

All claims in the above matter having been amicably resolved by and between the Parties, and the Parties having consented to this dismissal of the First Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); and good cause appearing

IT IS STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this matter against Defendant Nordic Naturals, Inc. is hereby dismissed in its entirety, with prejudice as to named Plaintiffs Cheryl Caldwell, Jeanne Matthews, Amanda Hatfield, and Jessica Nicole DeCoursey, and without costs or fees to any party.

**STIPULATED AND AGREED TO BY:**

**PLAINTIFFS CHERYL CALDWELL and JEANNE MATTHEWS and AMANDA HATFIELD and JESSICA NICOLE DECOURSEY**

By: _____
**CUSTODIO & DUBEY, LLP**
Robert Abiri (SBN 238681)
abiri@cd-lawyers.com
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

**DEFENDANT NORDIC NATURALS INC.**

By: _____
**GIBBONS P.C.**
Michael R. McDonald (*pro hac vice*)
mmcdonald@gibbonslaw.com
Caroline E. Oks (*pro hac vice*)
coks@gibbonslaw.com
Andrew J. Marino (*pro hac vice*)
amarino@gibbonslaw.com
Christina M. LaBruno (*pro hac vice*)

1

By:_____
**TREEHOUSE LAW, LLP**
Ruhandy Glezakos (SBN 307473)
rglezakos@treehouselaw.com
Benjamin Heikali (SBN 307466)
bheikali@treehouselaw.com
Joshua Nassir (SBN 318344)
jnassir@treehouselaw.com
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
*Attorneys for Plaintiffs*

clabruno@gibbonslaw.com
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

**BURKE WILLIAMS & SORENSEN LLP**
Charles Hughes Abbott
cabbott@bwslaw.com
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213)-236-0600
*Attorneys for Defendant*